UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-2, | * |
| Plaintiffs, | * |
| v. | * |
| | * Civil Action No. 1:25-cv-00234 |
| OFFICE OF PERSONNEL MANAGEMENT, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE COMPLAINT
USING "JANE DOES 1-2" IN VIOLATION OF LCvR 5.1(c)**

NOW COME Plaintiffs to hereby respectfully seek leave of this Court to file their Complaint against Defendant Office of Personnel Management as "Jane Does 1-2" in violation of LCvR 5.1(c) in order to protect their identity and avoid retaliation.

As grounds therefor, Plaintiffs rely on the declaration of their undersigned counsel attached as Ex. A. Similar relief was granted to the plaintiff in *Doe v. U.S. Dep't of Labor*, 451 F. Supp. 2d 156 (D.D.C. 2006).

A proposed Order also accompanies this Motion.

Date:  January 28, 2025

        Respectfully submitted,

        /s/ Kelly B. McClanahan
        Kelly B. McClanahan, Esq.
        D.C. Bar #984704
        National Security Counselors
        1451 Rockville Pike
        Suite 250
        Rockville, MD  20852
        501-301-4672
        240-681-2189 fax
        Kel@NationalSecurityLaw.org

        *Counsel for Plaintiffs*