UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-2,<br><br>    Plaintiffs,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*  Civil Action No. 1:25-cv-00234<br>*<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>DECLARATION OF KELLY MCCLANAHAN, ESQ.</u>**

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this declaration on personal knowledge. This declaration is submitted in support of Plaintiffs' *Ex Parte* Motion for Leave to File Complaint Using "Jane Does 1-2" in Violation of LCvR 5.1(c).

2. I respectfully request that it is both proper and necessary to, at least initially, prosecute this litigation through use of pseudonyms until such time as the parties stipulate or the Court orders otherwise.

3. Both of my clients are current employees in the U.S. Executive Branch. Both are gravely concerned about being targeted for retaliation by their respective agencies if their participation in this case is discovered. Jane Doe 2 is particularly susceptible to workplace retaliation due to her status as a probationary employee, which deprives her of the ability to administratively challenge any adverse personnel action before the Merit Systems Protection Board. Jane Doe 1 is also unusually susceptible to

Ex. A

workplace retaliation, as she is currently in the middle of a public trust reinvestigation.

5.      Given the recent news regarding the steps that the incoming Administration has taken to fire or otherwise push out career employees who do not appear sufficiently loyal, Plaintiffs have a very tangible and reasonable fear of workplace retaliation.

6.      Furthermore, Plaintiffs' respective identities play no role in the legal or factual questions presented in this case. It is undisputed that Defendant sent the emails referenced in this case. Defendant may offer evidence which disputes Plaintiffs' allegations regarding the nature of the affected records systems, but that evidence will not be any more or less convincing if Plaintiffs continue to litigate pseudonymously.

7.      Identical relief to that requested herein, and for similar reasons, was granted in *Doe v. Dep't of Labor*, 451 F. Supp. 2d 156 (D.D.C. 2006).

8.      I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date:   January 28, 2025

                Respectfully submitted,

                /s/ Kelly B. McClanahan
                Kelly B. McClanahan, Esq.
                D.C. Bar #984704
                National Security Counselors
                1451 Rockville Pike
                Suite 250
                Rockville, MD 20852
                501-301-4672
                240-681-2189 fax
                Kel@NationalSecurityLaw.org

                *Counsel for Plaintiffs*