**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JANE DOES 1-2, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:25-cv-00234 |
| OFFICE OF PERSONNEL MANAGEMENT, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION OF Plaintiffs' *Ex Parte* Motion for Leave to File Complaint Using "Jane Does 1-2" in Violation of LCvR 5.1(c), any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiffs' Motion is **GRANTED**.

_____
United States District Judge