UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-2, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:25-cv-00234 |
| OFFICE OF PERSONNEL MANAGEMENT, | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF COUNSEL

Pursuant to Local Civil Rule 65.1, I hereby certify that I provided copies by email at 3:14 AM on 4 February 2025 of the following filings to the Civil Process Clerk and the Civil Chief for the United States Attorney's Office for the District of Columbia pursuant to the instructions posted at https://www.justice.gov/usao-dc/civil-division:

- Dkt. #1: Complaint
- Dkt. #1-1: Civil Cover Sheet
- Dkt. #3: Plaintiffs' *Ex Parte* Motion for Leave to File Complaint Using "Jane Does 1-2" in Violation of LCvR 5.1(c)
- Dkt. #3-1: Declaration of Kelly McClanahan, Esq.
- Dkt. #4: Plaintiffs' Emergency Motion for Temporary Restraining Order[1]

---

[1] I have sent the Government an unfiled copy of this Motion so that I could include this certificate with the filed copy.

I have not otherwise served Defendant because the Clerk has not yet issued any summonses in this case. On 30 January 2025, I filed a motion for leave to proceed under pseudonym, which has not yet been adjudicated as of this writing.

Date:   February 4, 2025

                                                                    Respectfully submitted,

                                                                    /s/ Kelly B. McClanahan  
                                                                   Kelly B. McClanahan, Esq.  
                                                                   D.C. Bar #984704  
                                                                   National Security Counselors  
                                                                   1451 Rockville Pike  
                                                                   Suite 250  
                                                                   Rockville, MD  20852  
                                                                   501-301-4672  
                                                                   240-681-2189 fax  
                                                                   Kel@NationalSecurityLaw.org

                                                                   *Counsel for Plaintiffs*

2