# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-2, | * |
| | * |
|     Plaintiffs, | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:25-cv-00234 |
| OFFICE OF PERSONNEL MANAGEMENT, | * |
| | * |
|     Defendant. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

UPON CONSIDERATION OF Plaintiffs' Emergency Motion for a Temporary Restraining Order, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Defendant Office of Personnel Management is hereby prohibited from continuing to operate any computer systems connected to the HR@opm.gov address or requiring any current employees of the Executive Branch to send email messages to any variations of that address (e.g., HR0@opm.gov, HR1@opm.gov, etc.) prior to the completion and public release of a required Privacy Impact Assessment.

_____
United States District Judge