UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANE DOES 1-2, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:25-CV-00234 |
| OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) ) | |
| Defendants. | ) ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Ms. Horton:

Olivia Horton
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0747
Facsimile: (202) 616-8460
Email: olivia.g.horton@usdoj.gov

Dated: February 4, 2025

Respectfully submitted,

BRETT SHUMATE
*Acting Assistant Attorney General*

JOHN R. GRIFFITHS
*Branch Director*
Federal Programs Branch

ELIZABETH J. SHAPIRO
*Deputy Branch Director*
Federal Programs Branch

*/s/ Olivia G. Horton*

OLIVIA G. HORTON (TX Bar #24120357)
*Trial Attorney*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0747
Facsimile: (202) 616-8460
Email: olivia.g.horton@usdoj.gov