UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-2, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 25-234 |
| | ) |
| OFFICE OF PERSONNEL MANAGEMENT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth J. Shapiro, U.S. Department of Justice, hereby enters her appearance in the above-captioned matter.

Dated: February 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5302
Facsimile: (202) 616-8460
Email: Elizabeth.Shapiro@usdoj.gov

Attorneys for Defendants