UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANE DOES 1-2, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-CV-00234 |
| | ) | |
| OFFICE OF PERSONNEL MANAGEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## ERRATA

Defendant, Office of Personnel Management, respectfully submits the following errata, along with the attachment to be filed in support of Defendant's Response in Opposition to Plaintiffs' Motion for Temporary Restraining Order, ECF No. 10:

Defendant hereby substitutes a text-searchable version of Attachment A, the Private Impact Assessment for Government-Wide Email System (GWES), pursuant to Local Rule 5.4(a).

Dated: February 5, 2025        Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

/s/ Olivia G. Horton
OLIVIA G. HORTON (TX Bar #24120357)

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0747
Facsimile: (202) 616-8460
Email: olivia.g.horton@usdoj.gov