UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOES 1-2,              *
                            *
    Plaintiffs,             *
                            *
v.                          *
                            *   Civil Action No. 1:25-cv-00234 (RDM)
OFFICE OF PERSONNEL         *
MANAGEMENT,                 *
                            *
    Defendant.              *
                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **SECOND DECLARATION OF KELLY MCCLANAHAN, ESQ.**

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this declaration on personal knowledge. This declaration is submitted in support of Plaintiffs' Motion for Leave to Add Pseudonymous Plaintiffs to Amended Complaint in Violation of LCvR 5.1(c).

2. I respectfully request that it is both proper and necessary to, at least initially, continue to prosecute this litigation through use of pseudonyms until such time as the parties stipulate or the Court orders otherwise.

3. None of the new plaintiffs are current employees in the U.S. Executive Branch, yet have reason to believe that their information resides in the Government-Wide Email System because they have received email messages to their .gov email addresses. Because they still work closely with the Government—either as contractors, members of official partners, or employees of another branch of the federal government—they are gravely concerned about being targeted for retaliation if their participation in this case is

discovered. Despite this, they are willing to proceed under pseudonyms *only as far as the general public is concerned*, and have consented to have their identities provided to the Department of Justice under a court seal.

5.   Given the recent news regarding the steps that the incoming Administration has taken to retaliate against people who attempt to challenge it—up to and including the Acting U.S. Attorney for the District of Columbia responding favorably to Elon Musk's call for any people who even *identified* the members of the Department of Government Efficiency to be prosecuted[1]—the new plaintiffs have a very tangible and reasonable fear of both workplace retaliation and harm to their personal physical and emotional health.

6.   Four new plaintiffs live with a total of five other adults. Three new plaintiffs live with a total of six minor children.

7.   Furthermore, just like the original plaintiffs, the new plaintiffs' respective identities play no role in the legal or factual questions presented in this case. The Government may offer evidence which disputes the new plaintiffs' standing or whether they received the relevant emails, but because the Government will know their identities, there is no value added by subjecting them to harassment by sharing their identities with the general public.

I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

---

[1] https://x.com/EagleEdMartin/status/1886456136032817488.

3

Date:   February 7, 2025

>Respectfully submitted,
>
>/s/ Kelly B. McClanahan
>Kelly B. McClanahan, Esq.