UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-7, *<br>*<br>Plaintiffs, *<br>*<br>v. *<br>*<br>OFFICE OF PERSONNEL *<br>MANAGEMENT, *<br>*<br>Defendant. *<br>* | Civil Action No. 1:25-cv-00234 (RDM) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF COUNSEL

Pursuant to Local Civil Rule 65.1, I hereby certify that I filed this Motion at approximately 11:58 PM on 7 February 2025 using the Court's CM/ECF system, which caused a copy to be emailed to Defendant's counsel.

Date:   February 7, 2025

                                              Respectfully submitted,

                                               /s/ Kelly B. McClanahan
                                              Kelly B. McClanahan, Esq.
                                              D.C. Bar #984704
                                              National Security Counselors
                                              1451 Rockville Pike
                                              Suite 250
                                              Rockville, MD  20852
                                              501-301-4672
                                              240-681-2189 fax
                                              Kel@NationalSecurityLaw.org

                                              *Counsel for Plaintiffs*