# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE DOES 1-7, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-CV-00234 |
| ) | |
| OFFICE OF PERSONNEL ) | |
| MANAGEMENT, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Office of Personnel Management, by and through undersigned counsel, respectfully moves this Court for an order under Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint. As explained in Defendant's Memorandum of Points and Authorities in Support, Plaintiffs lack Article III standing and have failed to state a claim upon which relief can be granted.

Dated: February 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Olivia G. Horton*
OLIVIA G. HORTON (TX Bar No. 24120357)

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0747
Facsimile: (202) 616-8460
Email: olivia.g.horton@usdoj.gov

*Counsel for Defendant*