UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-7, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OFFICE OF PERSONNEL )<br>MANAGEMENT, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:25-CV-00234 |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss, the motion is hereby **GRANTED.** This case is hereby **DISMISSED** for lack of subject-matter jurisdiction under Rule 12(b)(1) and for failure to state a claim upon which relief can be granted under Rule 12(b)(6). Judgment is hereby **ENTERED** for Defendant.

It is so **ORDERED.**

Date: February ___, 2025

_____
Judge Randolph D. Moss
District Court Judge