**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOES 1-7, | * |
| | * |
|     Plaintiffs, | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:25-cv-00234 (RDM) |
| OFFICE OF PERSONNEL MANAGEMENT, | * |
| | * |
|     Defendant. | * |

* * * * * * * * * * * * *

## **ORDER**

UPON CONSIDERATION OF Plaintiffs' Motion to Shorten Safe Harbor Period, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiffs may file or present the relevant motion for sanctions to the Court if the challenged documents and contentions are withdrawn or appropriately corrected by 6:00 PM EST on February 28, 2025.

_____
RANDOLPH D. MOSS
United States District Judge