UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE DOES 1-2, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-CV-00234 |
| ) | |
| OFFICE OF PERSONNEL ) | |
| MANAGEMENT, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S POSITION ON PLAINTIFFS' MOTION TO SHORTEN SAFE HARBOR PERIOD**

Pursuant to this Court's February 24, 2025, Minute Order, Defendant respectfully submits the following response to Plaintiffs' Motion: Although Plaintiffs' Motion to Shorten the Safe Harbor Period is unusual, Defendant does not oppose the Motion. Defendant intends to file an opposition to Plaintiffs' Rule 11 Motion swiftly should Plaintiffs choose to file it.

Dated:  February 25, 2025            Respectfully submitted,

ERIC HAMILTON
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Olivia G. Horton*
OLIVIA G. HORTON (TX Bar #24120357)

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0747
Facsimile: (202) 616-8460
Email: olivia.g.horton@usdoj.gov