UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-7, | * |
| Plaintiffs, | * |
| v. | * |
| | * Civil Action No. 1:25-cv-00234 (RDM) |
| OFFICE OF PERSONNEL MANAGEMENT, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' REPLY IN SUPPORT OF THEIR
MOTION TO SHORTEN SAFE HARBOR PERIOD**

In light of Defendant's statement that it "intends to file an opposition to Plaintiffs' Rule 22 Motion swiftly should Plaintiffs choose to file it" (Def.'s Position Pls.' Mot. Shorten Safe Harbor Period, Dkt. #25 (filed Feb. 25, 2025)), Plaintiffs respectfully request that the Court authorize them to file their motion for sanctions at their earliest convenience and not wait until Friday evening. Defendant has indicated that it will not comply with the motion as envisioned by Rule 11(c)(2), and so there is no longer any reason to delay the briefing and resolution of a sanctions motion.

Date:   February 25, 2025

                                            Respectfully submitted,

                                            /s/ Kelly B. McClanahan  
                                            Kelly B. McClanahan, Esq.  
                                            D.C. Bar #984704  
                                            National Security Counselors  
                                            1451 Rockville Pike  
                                            Suite 250  
                                            Rockville, MD  20852  
                                            501-301-4672  
                                            240-681-2189 fax  
                                            Kel@NationalSecurityLaw.org

                                            *Counsel for Plaintiffs*