**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JANE DOES 1-7, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:25-cv-00234 (RDM) |
| OFFICE OF PERSONNEL MANAGEMENT, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' UNOPPOSED *NUNC PRO TUNC* MOTION**
**FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE**
**THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

NOW COME Plaintiffs to respectfully request a retroactive eight-day enlargement of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to and including 5 March 2025, within which to file their Opposition to Defendant's Motion to Dismiss, Dkt. #17. This brief was due yesterday, 25 February 2025.

Plaintiffs have good cause to request this extension, and the undersigned sincerely apologizes to the Court for filing this Motion a day late. The undersigned has spent most of today in an administrative hearing—to which he will return tomorrow—and was required to spend a significant amount of time earlier this week and over the weekend preparing for it. Further complicating matters was the fact that, as noted in other filings, he was unexpectedly required to quickly respond over the weekend to the developments which gave rise to the motion for sanctions he will be filing on Friday. In the midst of all of these conditions, he overlooked the fact that he needed to file this Motion yesterday, even though he had discussed it with Defendant's counsel over the weekend.

This is the first extension requested for this filing. Defendant does not oppose this extension. A proposed Order accompanies this Motion.

Date:   February 26, 2025

                                            Respectfully submitted,

                                            /s/ Kelly B. McClanahan
                                            Kelly B. McClanahan, Esq.
                                            D.C. Bar #984704
                                            National Security Counselors
                                            1451 Rockville Pike
                                            Suite 250
                                            Rockville, MD  20852
                                            501-301-4672
                                            240-681-2189 fax
                                            Kel@NationalSecurityLaw.org

                                            *Counsel for Plaintiffs*