UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-7, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF PERSONNEL MANAGEMENT, <br><br> Defendant. | Civil Action No. 1:25-cv-00234 (RDM) |

**ORDER**

UPON CONSIDERATION OF Defendant's Motion to Dismiss, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Defendant's Motion is **DENIED**.

_____
Randolph D. Moss
United States District Judge