AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Doe et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00234-RDM |
| Office of Personnel Management | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant.

Date: 03/07/2025

/s/ Andrew M. Bernie
*Attorney's signature*

Andrew M. Bernie (D.C. Bar Number 995376)
*Printed name and bar number*

U.S. Department of Justice, Civil Division, Federal Programs Branch
1100 L Street NW, Washington, D.C. 20005
*Address*

andrew.m.bernie@usdoj.gov
*E-mail address*

(202) 353-7203
*Telephone number*

*FAX number*