## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANE DOES 1-7, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:25-CV-00234 |
| OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant Office of Personnel Management respectfully serves notice that the undersigned—Andrew M. Bernie—is substituted for Olivia Horton as counsel for Defendant in this matter. Ms. Horton left the Department of Justice on March 7, 2025. Undersigned counsel has already entered an appearance in this case and will continue to represent Defendant in this action.

Respectfully submitted,

*/s/ Andrew M. Bernie*
Andrew M. Bernie
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-7203
andrew.m.bernie@usdoj.gov

*Attorney for Defendant*