UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-7, * <br> * <br> Plaintiffs, * <br> * <br> v. * <br> * <br> OFFICE OF PERSONNEL * <br> MANAGEMENT, * <br> * <br> Defendant. * <br> * | Civil Action No. 1:25-cv-00234 (RDM) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SUR-REPLY TO DEFENDANT'S MOTION TO DISMISS**

NOW COME Plaintiffs to respectfully request leave of the Court to file a brief Sur-Reply to Defendant's Motion to Dismiss (filed Feb. 11, 2025).

"The standard for granting a leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001). Defendant's Reply repeatedly asserts that the only information about Plaintiffs contained in the Government-Wide Email System is their "government email addresses." (Def.'s Reply Supp. Mot. Dismiss, Dkt. #33, at 1, 3, 5-7, 9 (filed Mar. 12, 2025).) Defendant does not assert this as an opinion but as a *fact*, triggering Plaintiffs' right to respond to it. *See United States ex rel. Pogue v. Diabetes Treatment Ctrs. of America, Inc.*, 238 F. Supp. 2d 270, 277 (D.D.C. 2002) ("A surreply is most appropriate where the new matter introduced is factual.").

In contrast, Defendant's original Motion and brief made no allegation in this vein. (Def.'s Comb. Mem. P. & A. Supp. Def.'s Mot. Dismiss & Opp'n Pls.' Renewed Mot. TRO, Dkt. #17-1, *passim* (filed Feb. 11, 2025).) A sur-reply is therefore Plaintiffs' only way "to contest matters

presented to the court for the first time in the opposing party's reply," *Lewis*, 154 F. Supp. 2d at 61, and present to the Court all the publicly available evidence that there is significantly more information about Plaintiffs—and all Executive Branch employees in the putative class—than just "government email addresses."

    For the foregoing reasons, the Court should grant Plaintiffs' reasonable request and accept the attached brief as a Sur-Reply to Defendant's Motion. Defendant opposes this Motion. A proposed Order also accompanies this Motion.

Date:   March 12, 2025

                                        Respectfully submitted,

                                         /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        1451 Rockville Pike
                                        Suite 250
                                        Rockville, MD  20852
                                        501-301-4672
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Plaintiffs*