# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-7, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | *  Civil Action No. 1:25-cv-00234 (RDM) |
| OFFICE OF PERSONNEL MANAGEMENT, | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Plaintiffs' Motion for Leave to File Sur-Reply to Defendant's Motion to Dismiss, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiffs' Motion is **GRANTED**.

_____
Randolph D. Moss
United States District Judge