**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JANE DOES 1-7,                          *
                                        *
        Plaintiffs,                     *
                                        *
        v.                              *
                                        *        Civil Action No. 1:25-cv-00234 (RDM)
OFFICE OF PERSONNEL                     *
MANAGEMENT,                             *
                                        *
        Defendant.                      *
                                        *
*        *        *        *        *        *        *        *        *        *        *        *        *

**<u>ORDER</u>**

UPON CONSIDERATION OF Plaintiffs' Motion for Class Certification or, in the

Alternative, for Pre-Certification Discovery, any Opposition thereto, and the entire record herein,

it is this _____ day of _____, 2025,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiffs Jane Does 1-7 are hereby designated as class

representatives; and

**FURTHER ORDERED** that the class is hereby certified to include:

All individuals who have an email address assigned by an Executive Branch
agency ending in .gov or .mil whose Personally Identifiable Information has been
stored in the Government-Wide Email System or any system connected to it.

_____
Randolph D. Moss
United States District Judge