UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-7,<br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT<br><br>Defendant. | Civil Action No. 1:25-CV-00234 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR CLASS CERTIFICATION**

Defendant respectfully moves for an extension of time to file a response to Plaintiffs' Motion to Certify Class, ECF No. 38, from May 12, 2025 to May 19, 2025. The requested extension is necessary because undersigned counsel has had to devote significant time to numerous time-sensitive matters, including a response to a motion for a temporary restraining order in *American Federation for Government Employees et al. v. Trump et al.*, No. 3:25-cv-03698-SI (N.D. Cal.) (response due May 7, 2025, hearing scheduled for May 9, 2025 in San Francisco). Given the demands on counsel's time from this case and other matters, the additional time is necessary for the undersigned to coordinate with his client, and prepare, finalize, and file a response to the motion for class certification.

Undersigned counsel consulted with counsel for Plaintiffs, who consents to the requested relief.

Dated: May 7, 2025                                              Respectfully submitted,

Respectfully submitted,

                                                                            YAAKOV M. ROTH
                                                                            Acting Assistant Attorney General

1

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Andrew M. Bernie*
Andrew M. Bernie
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-7203
andrew.m.bernie@usdoj.gov

*Attorneys for Defendant*