UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-7,<br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL<br>MANAGEMENT<br><br>Defendant. | Civil Action No. 1:25-CV-00234 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' unopposed motion for a seven-day extension of time, it is hereby ordered that the motion is granted. Defendants shall have until May 19, 2025 to file a response to Plaintiffs' Motion to Certify Class (ECF No. 38).

SO ORDERED.

Date: _____ _____

Hon. Randolph D. Moss

United States District Judge