UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOES 1-7,
Plaintiff,

v.

OFFICE OF PERSONNEL
MANAGEMENT

Defendant.

Civil Action No. 1:25-CV-00234

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR CLASS CERTIFICATION

Defendant respectfully moves for an extension of time to file a response to Plaintiffs' Motion to Certify Class, ECF No. 38, from May 19, 2025 to May 27, 2025. This Court previously granted an extension for Defendant's response from May 12, 2025 to May 19, 2025. Undersigned counsel has been working diligently on this case but a further extension is necessary because undersigned counsel's time has been consumed by emergency practice in *American Federation for Government Employees et al. v. Trump et al.*, No. 3:25-cv-03698-SI (N.D. Cal.) (TRO hearing May 9, motion for reconsideration and/or a protective order filed May 11, reply in support of motion filed May 14, response to preliminary injunction motion due May 19), in addition to other matters. Given these circumstances, the additional time is necessary for the undersigned to coordinate with his client and colleagues, and prepare, finalize, and file a response to the motion for class certification.

Undersigned counsel consulted with counsel for Plaintiffs, who consents to the requested relief.

1

Dated: May 15, 2025

Respectfully submitted,

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Andrew M. Bernie*
Andrew M. Bernie
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-7203
andrew.m.bernie@usdoj.gov

*Attorneys for Defendant*