**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOES 1-7,

                  *Plaintiffs*,

      v.

OFFICE OF PERSONNEL
MANAGEMENT,

                  *Defendant*.

Civil Action No. 1:25-cv-00234

## NOTICE OF APPEARANCE

       Please take notice that Samuel S. Holt from the U.S. Department of Justice, Civil Division,

Federal Programs Branch, hereby enters his appearance for the Defendant in this matter.

DATED: May 27, 2025             Respectfully submitted,

                             YAAKOV M. ROTH
                             Acting Assistant Attorney General
                             Civil Division

                             ELIZABETH J. SHAPIRO
                             Deputy Director
                             Federal Programs Branch

                             */s/ Samuel S. Holt*
                             SAMUEL S. HOLT
                             Trial Attorney
                             U.S. Department of Justice
                             Civil Division, Federal Programs Branch
                             1100 L Street, N.W.
                             Washington, D.C. 20005
                             Telephone: (202) 674-9761
                             Fax: (202) 616-8470
                             Email: Samuel.Holt2@usdoj.gov
                             *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 27, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

*/s/ Samuel S. Holt*
SAMUEL S. HOLT