IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANES DOES 1-7, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 25-cv-234 |
| OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) ) ) | |
| *Defendants*. | ) ) | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Notice is hereby given that the undersigned attorney, Alexander J. Severance of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance and substitutes for Andrew M. Bernie as counsel of record for the Defendant in this matter.

Date:   December 10, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/     *Alexander Severance*
ALEXANDER J. SEVERANCE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 598-3123
Email: alexander.j.severance@usdoj.gov

*Counsel for Defendant*

1