UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, *et al.*,

    *Plaintiffs*,

v.

OFFICE OF PERSONNEL MANAGEMENT,

    *Defendant*.

Civil Action No. 25-234 (RDM)

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 45, it is hereby **ORDERED** that the Defendant's Motion to Dismiss, Dkt. 17, is **GRANTED**; Plaintiffs' Motion for Sanctions, Dkt. 28, is **DENIED**; and Plaintiff's Motion to Certify a Class or for Pre-Certification Discovery in the Alternative, Dkt. 38, is **DENIED** as **MOOT**.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

    **SO ORDERED**.

    /s/ Randolph D. Moss
    RANDOLPH D. MOSS
    United States District Judge

Date: January 15, 2026