UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOES 1-7, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:25-cv-00234 (RDM) |
| OFFICE OF PERSONNEL MANAGEMENT, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>PLAINTIFFS' UNOPPOSED MOTION TO CLARIFY PSEUDONYMOUS ORDERS</u>**

On 4 February 2025, Chief Judge James Boasberg granted Plaintiffs' motion to use pseudonyms for the plaintiffs identified as Jane Doe 1 and Jane Doe 2, ordering that "[a]ll parties shall use the pseudonyms listed in the Complaint in all documents filed in this action." (Mem. Op. & Order, Dkt. #7, at 6 (filed Feb. 4, 2025).) On 7 February 2025, this Court granted Plaintiffs' motion to use pseudonyms for the plaintiffs identified as Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, and Jane Doe 7 and stated, "The Court will, if appropriate, revisit this issue at a later stage of the proceeding." (Order, Dkt. #13, at 6 (filed Feb. 7, 2025).) Now that Plaintiffs will be filing a motion for reconsideration and a proposed amended complaint, they respectfully ask the Court to clarify these Orders and confirm that Plaintiffs may elect to publicly identify themselves without seeking formal leave from the Court.

Plaintiffs have good cause to request this relief. Due to the passage of time and other intervening factors, the privacy concerns of some Plaintiffs have diminished, and they intend to appear in the proposed Second Amended Complaint using their true names. Along the same lines, it is possible that other Plaintiffs may wish to identify themselves publicly at later stages of

the litigation. Therefore, since some Plaintiffs are already seeking leave to publicly identify themselves, all Plaintiffs believe this to be an opportune time to seek proactive relief from the Court to allow them to publicly identify themselves at a future point in time when the need for continued secrecy has diminished without needing to further burden the Court at that time. Plaintiffs further propose that the Court should clarify that, after any individual Plaintiff agrees to be publicly identified, the 4 February and 7 February Orders should no longer apply with respect to that particular Plaintiff's identity.

Defendant's counsel advised the undersigned that Defendant does not take a position on this Motion. Accordingly, in recognition of the public's common law and constitutional interests in open judicial proceedings, Plaintiffs request that the Court grant this relief. A proposed Order is attached.

Date:   February 25, 2026

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*