**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOES 1-7, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:25-cv-00234 (RDM) |
| OFFICE OF PERSONNEL MANAGEMENT, | * |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

**UPON CONSIDERATION OF** Plaintiffs' Motion for Reconsideration, any Opposition thereto, and the entire record, it is this ___ day of _____, 2026, hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**.

_____
Randolph D. Moss
United States District Judge