**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOE 1, *et al.*,                          *
                                               *
    Plaintiffs,                         *
                                               *
    v.                                  *
                                               *     Civil Action No. 1:25-cv-00234 (RDM)
OFFICE OF PERSONNEL                            *
MANAGEMENT,                                    *
                                               *
    Defendant.                          *
                                               *
*    *    *    *    *    *    *    *    *    *    *    *    *

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT**
**OF TIME WITHIN WHICH TO FILE THEIR REPLY IN**
**SUPPORT OF THEIR MOTION FOR RECONSIDERATION**

NOW COME Plaintiffs to respectfully request a two-day enlargement of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to and including 25 March 2026, within which to file their Reply in support of their motion for reconsideration, Dkt. #49. This brief is due 23 March 2026.

Plaintiffs have good cause to request this extension. The undersigned has a previously scheduled appointment which will require him to spend all day Monday in a secure facility, as well as being responsible for filing several administrative responses on Friday, and therefore much of his work between now and Monday will be related to those matters. He accordingly requests two additional days so that he can focus on this brief after completing this work.

This is the first extension requested for this filing. Defendant consents to this extension. A proposed Order accompanies this Motion.

Date:   March 18, 2026

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*