**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOE 1, *et al.*,                       *
                                            *
    Plaintiffs,                     *
                                            *
    v.                              *
                                            *    Civil Action No. 1:25-cv-00234 (RDM)
OFFICE OF PERSONNEL                         *
MANAGEMENT,                                 *
                                            *
    Defendant.                      *
                                            *
*    *    *    *    *    *    *    *    *    *    *    *    *

## ORDER

UPON CONSIDERATION OF Plaintiffs' Consent Motion for Enlargement of Time

Within Which to File Their Reply in Support of Their Motion for Reconsideration, and the entire

record herein, it is this _____ day of _____, 2026,

    **ORDERED** that Plaintiffs' Motion is **GRANTED**.


                        _____
                        Randolph D. Moss
                        United States District Judge