**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOES 1-7,

    *Plaintiffs*,

  v.

OFFICE OF PERSONNEL
MANAGEMENT,

    *Defendant*.

Civil Action No. 1:25-cv-00234

## NOTICE OF APPEARANCE

Please take notice that Alexander J. Yun, a trial attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, enters his appearance for the Defendant in the above captioned matter.

DATED: June 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Alexander J. Yun*
ALEXANDER J. YUN (D.C. Bar No. 90028923)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendant*