**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JANE DOES 1-7,<br><br>　　　　　*Plaintiffs*,<br>　　v.<br><br>OFFICE OF PERSONNEL<br>MANAGEMENT,<br><br>　　　　　*Defendant*. | Civil Action No. 1:25-cv-00234 |

**NOTICE OF WITHDRAWAL OF SAMUEL S. HOLT
AS COUNSEL FOR DEFENDANTS**

Pursuant to Local Civil Rule 83.6(b), Samuel S. Holt hereby withdraws his appearance as counsel for Defendants in the above-captioned case.  Mr. Holt is soon leaving the U.S. Department of Justice. Other trial attorneys from the Department of Justice previously entered appearances and remain as counsel for Defendants.

Dated: June 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

 */s/ Samuel S. Holt*
SAMUEL S. HOLT
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Samuel.Holt2@usdoj.gov
*Counsel for Defendants*